UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| KENNISHA CHATMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CBSA COLLECTIONS,<br><br>    Defendant. | Case No.: 3:16-cv-00356<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff Kennisha Chatman, by and through her attorney of record, seeking dismissal WITH prejudice of the entire action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff requests this Court dismiss the action with prejudice.

Dated this 17th day of March 2017.

                                              Respectfully Submitted,

                                              _s/ Daniel Zemel_____
                                              Daniel Zemel Esq.
                                              Zemel Law, LLC
                                              70 Clinton Ave. Suite 3
                                              Newark, NJ 07114
                                              Phone: 862-227-3106
                                              Email: dz@zemellawllc.com
                                              *Attorneys for Plaintiff*